Leoncio A. Gil, III
Nevada State Bar No. 13129
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Pkwy., Suite 440
Plano, Texas 75024
(214) 560-5458 / Fax: (214) 871-2111
leon.gil@qslwm.com
***Counsel for Trans Union LLC***

****Designated Attorney for Personal Service****
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Hall & Evans, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 998-1022
nvefile@hallevans.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DE-SHAUN JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC,<br><br>Defendant. | Case No. 2:26-cv-00965-GMN-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff De-Shaun Johnson and Defendant Trans Union LLC ("Trans Union") file this Stipulation and Order of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between De-Shaun Johnson and Trans Union to be determined by this Court. Plaintiff and Trans Union hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated this 29th day of October 2026.

*/s/ Leoncio A. Gil, III*
Leoncio A. Gil, III
Nevada Bar No. 13129
leon.gil@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5458
Fax: (214) 871-2111
***Counsel for Defendant Trans Union LLC***

*/s/ DeShaun Johnson*
De-Shaun Johnson
1421 N. Jones Blvd #478
Las Vegas, NV 89108
702-695-1907
Email: DeshaunJohnson23@gmail.com
***Pro Se Plaintiff***

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice,** with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that Defendant's Motion for Judgment, (ECF No. 23), Defendant's Motion to Stay, (ECF No. 24), Plaintiff's Motion for Leave to File Sur-Reply, (ECF No. 31), and Plaintiff's Motion for Protective Order, (ECF No. 33), are **DENIED as moot.**

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 30 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT